# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re:  Donna Marie Jacques
Debtor

                                      Case No.: 05–44404–DHS
                                      Chapter 7

Joseph C. McCann
Plaintiff

v.

Donna Marie Jacques
Defendant

Adv. Proc. No. 06–01069–DHS                        Judge: Donald H. Steckroth

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on May 10, 2007, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 20 – 1, 3
Opinion (related document:[1] Complaint filed by Plaintiff Joseph C. McCann, [3] Amended Complaint filed by Plaintiff Joseph C. McCann).. The following parties were served: Plaintiff, Plaintiff's Attorney, Defendant, Defendant's Attorney. Signed on 5/9/2007 (zlh, )

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 10, 2007
JJW: zlh

                                                                    James J. Waldron
                                                                    Clerk